# Akin Gump
STRAUSS HAUER & FELD LLP

ROBERT J. BOLLER
+1 212.872.8170/fax: +1 212.872.1002
rboller@akingump.com

July 25, 2014

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/28/14 |

**VIA ELECTRONIC COURT FILING**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   CAMOFI Master LDC, et al. v. U.S. Coal Corporation, et al.,
      Case No. 14-cv-4341 (PAE)

Dear Judge Engelmayer:

We write in response to the Court's July 24, 2014 Order. Plaintiff-Counterclaim Defendants CAMOFI Master LDC and CAMHZN Master LDC and Counterclaim Defendant Centrecourt Asset Management, LLC, do not object to the Bankruptcy Court for the Southern District of New York deciding our motion to remand to state court. We filed the remand motion on the docket for both this Court and the Bankruptcy Court because at the time of filing, this case had been referred to but not yet docketed with the Bankruptcy Court. In an abundance of caution, we filed the remand motion on this Court's docket, and then with the Bankruptcy Court when we learned it had been docketed later that afternoon. As we have no objection to the Bankruptcy Court resolving the remand motion, we do not believe that any issues regarding *Stern v. Marshall*, 131 S. Ct. 2594 (2011) are implicated at this point.

Respectfully submitted,

/s/ *Robert J. Boller*   7/28/14

Robert J. Boller

Cc:   All Counsel of Record

The motion to remand currently pending before this Court and the bankruptcy court will be resolved by the bankruptcy court. The Clerk of Court is directed to terminate the motion pending at docket number 13.

**SO ORDERED:**

*Paul A. Engelmayer*
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com