UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CAMOFI MASTER, LDC and CAMHZN MASTER,
LDC,

                                       Plaintiffs,

                         -v-

U.S. COAL CORPORATION; EAST COAST MINER,
LLC; and JAD COAL COMPANY, INC.,

                                   Defendants,

------------------------------------------------------------------- X

U.S. COAL CORPORATION and JAD COAL
COMPANY, INC.,

                             Counterclaim Plaintiffs,

                         -v-

CAMOFI MASTER, LDC; CAMHZN MASTER, LDC
and CENTRECOURT MANAGEMENT, LLC,

                             Counterclaim Defendants.

------------------------------------------------------------------- X

14 Civ. 4341 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On July 28, 2014, the defendants in this case submitted a letter, stating that they intend to move to transfer this case to the Consolidated Kentucky Bankruptcy pending in the Eastern District of Kentucky. Dkt. 20. Currently, the case is referred to the U.S. Bankruptcy Court for the Southern District of New York, before which there is pending a motion to remand to the Supreme Court of the State of New York, New York County. In defendants' letter to this Court, they propose a schedule for consolidated briefing of the motions to remand and to transfer venue.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/14

Defendants are directed instead to propose this schedule to the bankruptcy court to which this case has been referred, and which will be resolving both motions. *See In re: Camofi Master LDC, et al. v. U.S. Coal Corp., et al.*, No. 14–02049–shl.

Because this case is now properly before the bankruptcy court, the Clerk of Court is directed to stay this case, and to place it on the Court's suspense docket.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 30, 2014
      New York, New York

2